# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Michael John Gietl, | ) | Case No. 4:15-cr-122 |
| Defendant. | ) | |

Before the court is defendant's motion for reconsideration of the undersigned's order denying his motion for furlough. There has been no material change of circumstances to warrant defendant's temporary release. Moreover, defendant's continued detention pending sentencing is mandated by 18 U.S.C. § 3143(a). Defendant's motion for reconsideration (Docket No. 498) is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated this 9th day of January, 2017.

                                                   */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr., Magistrate Judge
                                                   United States District Court